**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Suprena Doss<br><br>Debtor(s) | Case No. 15 B 07100 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2015.

2) The plan was confirmed on 06/08/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/09/2016.

5) The case was Converted on 05/02/2017.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,242.00 |
| Less amount refunded to debtor | $632.54 |

**NET RECEIPTS:** **$6,609.46**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $279.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,279.30**

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Christ Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Americas Financial Choice Inc | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 2,713.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,596.00 | 1,393.91 | 1,393.91 | 219.80 | 0.00 |
| AT T | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 150.00 | 643.03 | 643.03 | 101.40 | 0.00 |
| Ben Franklin Motors, LTD | Unsecured | 4,673.00 | NA | NA | 0.00 | 0.00 |
| Business Revenue Syste | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Chicago Public School 15690 | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| Christ Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,000.00 | 4,591.61 | 4,591.61 | 724.03 | 0.00 |
| City of Chicago EMS | Unsecured | 825.00 | 675.00 | 675.00 | 106.43 | 0.00 |
| City of Chicago EMS | Unsecured | 0.00 | 91.40 | 91.40 | 11.40 | 0.00 |
| City of Chicago EMS | Unsecured | 0.00 | 150.00 | 150.00 | 18.70 | 0.00 |
| City of Jacksonville Fire Rescue | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 500.00 | 1,734.63 | 1,734.63 | 179.86 | 0.00 |
| Community Health Network | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Consumer Financial Services | Unsecured | 3,715.00 | NA | NA | 0.00 | 0.00 |
| Cottage Emergency Physicians | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 289.00 | 348.40 | 348.40 | 54.94 | 0.00 |
| Devon Financial Services Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Emergency Medical Specialist of Jacksonv | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| FAC/NAB | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Holy Cross Affiliates | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Holy Cross Emergency Physician | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Holy Cross Hospital | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Holy Cross Hospital | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Holy Cross Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Jackson Park Hospital | Unsecured | 2,555.00 | NA | NA | 0.00 | 0.00 |
| JEA Electrical Company | Unsecured | 1,081.00 | NA | NA | 0.00 | 0.00 |
| John Darby | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Love Investments and Margo Love | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mchenry Laboratory Services SC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Mount Sinai Hospital | Unsecured | 2,520.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Acceptance Corp | Unsecured | 3,640.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| NIKO Credit Services LLC | Unsecured | 0.00 | 1,894.43 | 1,894.43 | 298.72 | 0.00 |
| Nipsco | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 0.00 | 398.85 | 398.85 | 62.89 | 0.00 |
| Online Collections | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 700.00 | 3,500.60 | 3,500.60 | 551.99 | 0.00 |
| Planet Fitness | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RAC Acceptance | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Rent-A-Center | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| St. Bernard Emergency Care | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| St. Bernard Hospital | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| St. Bernard Physicians | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| St. Vincent's Pathology Association | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| Student Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Surgical Oncology Specialties | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store of IL | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Wix Auto Co. | Unsecured | 7,800.00 | NA | NA | 0.00 | 0.00 |
| Wow Cable | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,421.86** | **$2,330.16** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,279.30 |
| Disbursements to Creditors | $2,330.16 |
| **TOTAL DISBURSEMENTS** : | **$6,609.46** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/31/2017            By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**